UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE DERIN BARROW,

        Petitioner,

v.

JOHN ALDANA,

        Respondents.

CASE NO. 3:16-cv-05332-RBL-KLS

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, the petition for writ of federal *habeas corpus* relief, and the remaining record, hereby finds and ORDERS:

(1) The Magistrate Judge's Report and Recommendation [Dkt. #12] is approved and adopted.

(2) Petitioner's federal habeas corpus petition [Dkt. #1] is DISMISSED with prejudice.

ORDER- 1

(3)  The Clerk is directed to send copies of this Order to Petitioner, to Magistrate Judge Karen L. Strombom, and to any other party who has appeared in this action.

DATED this 12th day of September, 2016.

Ronald B. Leighton
United States District Judge

ORDER- 2